# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| IN RE EX PARTE EMERGENCY PETITION OF HAPAG-LLOYD AKTIENGESELLSCHAFT, FOR DISCOVERY IN AID OF FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | CIVIL ACTION NO.: 4:18-cv-304 |

## O R D E R

Petitioner Hapag-Lloyd Aktiengesellschaft initiated this civil action on December 19, 2018, by filing a Petition for an order, pursuant to 28 U.S.C. § 1782, issuing a subpoena to the Master of a vessel that was scheduled to call at a nearby terminal on or about December 20, 2018. (Doc. 1.) On December 19, 2018, the Court granted the Petition, (doc. 4), and a subpoena was issued commanding that certain discovery activities be permitted to occur on December 19, 2018 and December 20, 2019, (doc. 5, p. 1).[1] Almost five months having passed from the dates the subpoena was to be executed and there being no further action requested from the Court (either in the Petition or through some additional filing), the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED** this 9th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In the Order granting the Petition, the Court retained jurisdiction over this matter as necessary to enforce the terms of discovery authorized by the Order. (Doc. 4, p. 2.) No further involvement of any kind, however, was ever requested from the Court.